PASQUALE MULLEN, Respondent, v. LOUIS C. FREES CONSTRUCTION COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

KATIE VOIGT, Respondent, v. MARGARET F. JOHNSON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to renew as stated in order. (See *Plitt* v. *Illinois Surety Co.*, 165 App. Div. 973.) Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

EUGENE H. KAUFMANN, Respondent, v. ANNA HELD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

LAMBERT HUBBELL, Appellant, v. MARY FRANCES HARDY, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

NEW YORK PRODUCE EXCHANGE BANK, Respondent, v. TWELFTH WARD BANK OF THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

J. & G. LIPPMANN, INC., Appellant, v. FORT S. REYNOLDS, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

In the Matter of COURT HOUSE SITE.— Motion granted, without costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

MINNIE RUBINOWITZ v. THE CITY OF NEW YORK.— Motion dismissed, with ten dollars costs. Memorandum per curiam. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

LEWIS KRULEWITCH v. THE CITY OF NEW YORK.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. TWISS v. GEORGE H. BELL.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

THE CITY OF NEW YORK v. HARRIS GINSBERG. THE CITY OF NEW YORK v. HARRIS GINSBERG. THE CITY OF NEW YORK v. HARRIS GINSBERG. THE CITY OF NEW YORK v. HARRIS GINSBERG.— Motions granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

SUPREME WAIST COMPANY, INC., v. BENJAMIN YAGER.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.